# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,  )
                           )
       Plaintiff,  )
                           )
-vs-                       )  Case Nos. CR-08-48-F
                           )          CIV-16-604-F
ALEX JOE HERNANDEZ,        )
                           )
       Defendant.  )

## JUDGMENT

In accordance with the order entered this same date, defendant, Alex Joe Hernandez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is denied.

DATED at Oklahoma City, Oklahoma, this 20th day of December, 2016.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0048p010.wpd