**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-08-48-F |
| | ) | |
| ALEX JOE HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The court has received a letter from the defendant, dated November 24, 2023, in which he requests early termination of his term of supervised release. The court has carefully considered the matters set forth in the letter and has received the recommendation of the probation office.

In August, 2008, the court sentenced the defendant, Alex Joe Hernandez, to a 180-month term of incarceration for the offense of felon in possession of a firearm. The sentence also included a 5-year term of supervised release.

The offense conduct leading to the charge in this case occurred in January, 2008, when officers located a truck that had been reported stolen. Defendant was the driver. He eluded the officers and led them on a chase in which he hit another vehicle and then accelerated through a school zone at 50-60 miles per hour, as school was about to let out. After the vehicle was disabled as a result of the defendant's attempt to elude, defendant fled the vehicle and was soon arrested. He had 246 gold dollar coins in his pocket, as well as two syringes used to inject methamphetamine. He also had a rifle in the truck, leading to the felon in possession charge.

The 180-month (plus 5 years) sentence was imposed against the background of an extensive criminal history, including armed robbery with a dangerous weapon

(1989), unauthorized use of a motor vehicle and concealing stolen property (1990), deadly conduct in the third degree, arising from firing a firearm out of a vehicle (two cases in 1996), assault and battery (2004), and second degree burglary (2004).

Overall, the defendant has done reasonably well on supervision, but there have been some problems with compliance with drug testing. The probation office does not support early termination of supervised release for Mr. Hernandez at this time.

The letter the court has received from Mr. Hernandez recites that he is now gainfully employed and has successfully reentered society with the support of his family and his church. The court readily takes that representation at face value. Mr. Hernandez further states that in order to volunteer as a mentor to young men in juvenile detention, it is necessary for his supervised release to be terminated. Accordingly, he requests that his supervised release, scheduled to end in 2026, be terminated before then, preferably in January, 2024.

The court is not unsympathetic with Mr. Hernandez's request for early termination. In fact, the court has, in other cases, looked favorably on early termination where the offender has a clean (or nearly clean) record on supervision and would risk losing an opportunity as a result of continuation on supervision. However, given the gravity of Mr. Hernandez's offense conduct and other relevant conduct, taken together with his serious criminal history, the court, after careful consideration, concludes that early termination is not in the public interest at this time.

The court accordingly **DENIES** Mr. Hernandez's request for early termination of his supervised release.

DATED this 6th day of December, 2023.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0048p012.docx